UNITED STATES DISTRICT COURT

Northern District of California

OLUCHI NNACHI,

                Plaintiff(s),

   v.

CITY & COUNTY OF SAN FRANCISCO,

                Defendant(s).
_____/

No. C 09-04099 MEJ

**ORDER GRANTING DEFENDANT'S MOTION TO QUASH**

    Pending before the Court is Defendant City & County of San Francisco's Motion to Dismiss for Insufficient Service of Process, or in the Alternative, to Quash Service, pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 12(b)(5). (Dkt. #7.) Once service is challenged, plaintiff bears the burden of establishing that service was valid under FRCP Rule 4. *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004). When granting a Rule 12(b)(5) motion, federal courts have broad discretion to dismiss the action or to retain the case but quash the service that has been made on the defendant. *Lamm ex rel. Doherty v. Bumbo, Bumbo Ltd.*, 2008 WL 2095770, *10 (N.D. Cal. May 14, 2008) (citing Wright & Miller, Federal Practice and Procedure: Civil 3d § 1354, 348). Service generally will be quashed and the action preserved in those situations in which there is a reasonable prospect that the plaintiff ultimately will be able to serve the defendant properly. *Id.*; *see also Stevens v. Security Pacific Nat'l Bank*, 538 F.2d 1387, 1389 (9th Cir.1976); *Montalbano v. Easco Hand Tools, Inc.*, 766 F.2d 737, 740 (2nd Cir.1985).

    Here, as it is clear that Plaintiff can properly serve the City (as described in the City's moving papers), the Court finds a hearing unnecessary and VACATES the December 10, 2009 noticed hearing date. *See* Civil Local Rule 7-1(b). Plaintiff is hereby ORDERED to serve the Summons and Complaint on Defendant City & County of San Francisco by November 19, 2009.

Plaintiff shall also file proof of service with the Court by November 19, 2009. Plaintiff shall comply with the requirements of FRCP 4(j), as described in the City's moving papers. The City shall have 20 days after the effective date of service to respond to the complaint.

**IT IS SO ORDERED.**

Dated: November 2, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV09-04099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachi
784 Alcatraz Avenue
Oakland, ca 94609

Dated: November 2, 2009

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk