UNITED STATES DISTRICT COURT

Northern District of California

OLUCHI NNACHI

          Plaintiff(s),
  v.

CITY & COUNTY OF SAN FRANCISCO

          Defendant(s).
_____/

No. C 09-04099 MEJ

**ORDER CONTINUING HEARING RE MOTION TO DISMISS**

    Pending before the Court is Defendant's Motion to Dismiss, with a noticed hearing date of January 5, 2009. As the undersigned's law and motion calendar is on Thursdays, the Court hereby CONTINUES the hearing to January 7, 2009 at 10:00 a.m. The briefing schedule established in Civil Local Rule 7 shall be adjusted accordingly..

    **IT IS SO ORDERED.**

Dated: November 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al,

    Defendant.

Case Number: CV09-04099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachi
784 Alcatraz Avenue
Oakland, ca 94609

Dated: November 30, 2009

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk