# UNITED STATES DISTRICT COURT

## Northern District of California

OLUCHI NNACHI,

        Plaintiff(s),          No. C 09-04099 MEJ

  v.

CITY & COUNTY OF SAN FRANCISCO,      **ORDER VACATING CMC AND RELATED DEADLINES**

        Defendant(s).

_____/

    This matter is currently scheduled for a case management conference on December 10, 2009. However, as Defendant has a pending motion to dismiss, the Court finds a cmc unnecessary at this time and hereby VACATES the December 10 Case Management Conference and all related deadlines. After ruling on Defendant's pending motion, the Court shall reschedule the cmc, if necessary.

**IT IS SO ORDERED.**

Dated: December 1, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OLUCHI NNACHI,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO et al,

    Defendant.

Case Number: CV09-04099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi Nnachi
784 Alcatraz Avenue
Oakland, ca 94609

Dated: December 1, 2009

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk