# UNITED STATES DISTRICT COURT

## Northern District of California

OLUCHI NNACHI,

                     Plaintiff(s),

   v.

CITY & COUNTY OF SAN FRANCISCO,

                     Defendant(s).

_____/

No. C 09-04099 MEJ

**ORDER DENYING REQUEST FOR APPEAL**

      The Court is in receipt of Plaintiff's "Memorandum Appeal," filed January 29, 2010. (Dkt. #29.) Although Plaintiff requests an "appeal hearing" before this Court, any appeal is properly brought before the Ninth Circuit Court of Appeals, and not this district court. Accordingly, the Court shall construe Plaintiff's filing as a Motion for Reconsideration under Civil Local Rule 7-9. Under this Rule, Plaintiff must specifically show:

> (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or
>
> (2) The emergence of new material facts or a change of law occurring after the time of such order; or
>
> (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civil Local Rule 7-9(b). As Plaintiff has failed to establish either of the three requirements under Rule, 7, his request for reconsideration is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: February 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

OLUCHI NNACHI,

        Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO et al,

        Defendant.

_____/

Case Number: CV09-04099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oluchi  Nnachi
784 Alcatraz Avenue
Oakland,  ca 94609

Dated: February 2, 2010

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28